IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MARIZA HILADO and NELSON BEATO : | |
| : | CIVIL ACTION NO. 02-CV-3938 |
| Plaintiffs, : | |
| : | |
| v. : | |
| : | |
| BAYER CORPORATION; : | ENTRY OF APPEARANCE |
| BAYER AG; : | |
| GLAXOSMITHKLINE, PLC; : | |
| GLAXOSMITHKLINE; : | |
| SMITHKLINE BEECHAM : | |
| : | |
| Defendants. : | |

## **ENTRY OF APPEARANCE**

To the Clerk of the Court:

Kindly enter the appearances of Hope S. Freiwald, Aline Fairweather, Alison T. Conn and Kirstin J. Miller as attorneys for defendant GlaxoSmithKline PLC.

Respectfully Submitted,

_____  _____
Hope S. Freiwald                                      Aline Fairweather


_____  _____
Alison T. Conn                                         Kirstin J. Miller


Dated: July _____, 2002           DECHERT PRICE & RHOADS
                                                         4000 Bell Atlantic Tower
                                                         1717 Arch Street
                                                         Philadelphia, PA  19103-2793
                                                         (215) 994-4000